**UNITED STATES of America, Plaintiff–Appellee**

v.

**Michael Dewayne HEGWOOD, Defendant–Appellant.**

**No. 10–40019**
**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Oct. 26, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Sarah Beth Landau, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before SMITH, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Michael Dewayne Hegwood

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Hegwood has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.